# TABLE OF CONTENTS

Page

TABLE OF CONTENTS . . . . . i

TABLE OF AUTHORITIES . . . . . vi

I. INTRODUCTION . . . . . 2

A. Status of Case . . . . . 2

B. Format . . . . . 3

II. STATEMENT OF FACTS . . . . . 3

A. Background . . . . . 3

B. Criminal Acts . . . . . 6

1. Dutch Girl Dairy . . . . . 6

2. Detroit Ranger Station . . . . . 7

3. Oakridge Ranger Station . . . . . 9

4. Cavel West . . . . . 11

5. Burns BLM Wild Horse Corrals . . . . . 14

6. USDA APHIS and ADC . . . . . 16

7. Redwood Coast Trucking Company . . . . . 19

8. Wayne Bare Trucking Company . . . . . 20

9. Rock Springs BLM Wild Horse Corrals . . . . . 21

10. Vail Ski Resort . . . . . 23

11. U.S. Forest Industries . . . . . 25

**TABLE OF CONTENTS (cont.)**

**Page**

12. Childers Meat Company . . . . . . . . . . 28
13. Boise Cascade . . . . . . . . . . 30
14. BPA Transmission Tower . . . . . . . . . . 32
15. West University Public Safety Substation . . . . . . . . . . 34
16. Superior Lumber Company . . . . . . . . . . 36
17. Romania Chevrolet Truck Center . . . . . . . . . . 38
18. Jefferson Poplar Farm . . . . . . . . . . 40
19. University of Washington Horticulture Center . . . . . . . . . . 43
20. Litchfield BLM Wild Horse Corrals . . . . . . . . . . 45

**III. APPLICABLE LAW AND SENTENCING GUIDELINES** . . . . . . . . . . 48

A. Maximum Penalties . . . . . . . . . . 48
1. Conspiracy . . . . . . . . . . 48
2. Arson or Attempted Arson . . . . . . . . . . 48
3. Destruction of Energy Facility . . . . . . . . . . 48

B. Sentencing Guidelines . . . . . . . . . . 48
1. Offense Conduct . . . . . . . . . . 48
a. Conspiracy . . . . . . . . . . 48
b. Arson . . . . . . . . . . 49
c. Destruction of an Energy Facility . . . . . . . . . . 49

**TABLE OF CONTENTS (cont.)**

**Page**

2. Terrorism Adjustment . . . . . . . . . . 50
    a. History of U.S.S.G. § 3A1.4 . . . . . . . . . . 53
    b. Applicable Case Law . . . . . . . . . . 55
    c. Application to Individual Offenses . . . . . . . . . . 59
        (1) Oakridge Ranger Station . . . . . . . . . . 60
        (2) Burns BLM Wild Horse Corrals . . . . . . . . . . 60
        (3) Rock Springs BLM Wild Horse Corrals . . . . . . . . . . 61
        (4) Litchfield BLM Wild Horse Corrals . . . . . . . . . . 61
        (5) BPA Transmission Tower . . . . . . . . . . 61
        (6) Cavel West . . . . . . . . . . 62
        (7) Vail Ski Resort . . . . . . . . . . 62
        (8) West University Public Safety Substation . . . . . . . . . . 63
        (9) U.S. Forest Industries . . . . . . . . . . 64
        (10) Boise Cascade . . . . . . . . . . 64
        (11) Superior Lumber Company . . . . . . . . . . 64
        (12) Romania Chevrolet Truck Center . . . . . . . . . . 65
        (13) Jefferson Poplar Farm . . . . . . . . . . 66
        (14) University of Washington . . . . . . . . . . 66

**TABLE OF CONTENTS (cont.)**

**Page**

d. Application to Individual Defendants . . . . . . . . . . . . . . . . . . . . . . 67

(1) Stanislas Gregory Meyerhoff . . . . . . . . . . . . . . . . . . . . . . 68

(2) Kevin Tubbs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68

(3) Chelsea Dawn Gerlach . . . . . . . . . . . . . . . . . . . . . . . . . . 68

(4) Daniel Gerard McGowan . . . . . . . . . . . . . . . . . . . . . . . . . 69

(5) Nathan Fraser Block . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

(6) Joyanna L. Zacher . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

(7) Suzanne Savoie . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

(8) Kendall Tankersley . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70

(9) Jonathan Paul . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70

(10) Darren Todd Thurston . . . . . . . . . . . . . . . . . . . . . . . . . 70

e. Upward Departure as an Alternative . . . . . . . . . . . . . . . . . . . . . . 71

3. Departure for Substantial Assistance . . . . . . . . . . . . . . . . . . . . . . . . . . 73

4. Other Factors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74

**IV. INDIVIDUAL DEFENDANTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74

1. William Christopher Rodgers (deceased) . . . . . . . . . . . . . . . . . . . . . . . . . . 74

2. Stanislas Gregory Meyerhoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

3. Kevin Tubbs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84

4. Chelsea Dawn Gerlach . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90

5. Daniel Gerard McGowan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97

**TABLE OF CONTENTS (cont.)**

**Page**

6. Nathan Fraser Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 109

7. Joyanna L. Zacher . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 115

8. Jennifer Lynn Kolar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120

9. Suzanne Nicole Savoie . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 123

10. Kendall Tankersley . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127

11. Darren Todd Thurston . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131

12. Jonathan Mark Christopher Paul . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 140